IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AMIKA LATIMER,                          :
          Plaintiff,               :          CIVIL ACTION FILE NO.
                          :
vs.                                     :
                          :          1:21-cv-02429-JPB
HARTFORD LIFE and ACCIDENT             :
INSURANCE COMPANY,                      :
          Defendant                :

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that this matter has been settled and the

undersigned expects to file a dismissal within the next twenty (20) days.

This 30th day of September, 2021.

*Kenneth Behrman /s/*
Kenneth Behrman
Attorney for Plaintiff
Bar Number: 046995

5855 Sandy Springs Circle
Suite 300
Atlanta, GA.30328
(770) 952-7770 (phone)
770-952-6775 (fax)
ken.behrman@behrmanlaw.com