IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMIKA LATIMER,<br>    Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE and ACCIDENT<br>INSURANCE COMPANY,<br>    Defendant | CIVIL ACTION FILE NO.<br><br>1:21-cv-02429-JPB |

## NOTICE OF DISMISSAL

Plaintiff hereby files this dismissal with prejudice concerning the above matter pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i).

This 8th day of October, 2021.

*Kenneth Behrman /s/*
Kenneth Behrman
Attorney for Plaintiff
Bar Number: 046995

5855 Sandy Springs Circle
Suite 300
Atlanta, GA.30328
(770) 952-7770 (phone)
770-952-6775 (fax)
ken.behrman@behrmanlaw.com